IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TODD MICHAEL HARRIS, SR.,<br><br>Defendant. | CR 17-102-BLG-SPW<br><br>**ORDER CONTINUING CHANGE OF PLEA HEARING** |

Defendant has filed an unopposed motion requesting the change of plea hearing be continued. (Doc. 53.) Good cause appearing, IT IS HEREBY ORDERED that the change of plea hearing currently set for January 29, 2019 at 9:00 a.m. shall be vacated and rescheduled for **February 5, 2019, at 9:00 a.m.** in the Bighorn Courtroom, James F. Battin Federal Courthouse, Billings, Montana.

DATED this 24th day of January, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge